Commonwealth *v.* Bannerman, Appellant.

Argued November 10, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS and BARBIERI, JJ.

*Benjamin Paul,* with him *George Philip Stahl, Jr.,* for appellant.

*Benjamin H. Levintow,* Assistant District Attorney, with him *James Wilson* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant

District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 20, 1972:
Judgment of sentence affirmed.

The former Mr. Chief Justice BELL and Mr. Justice POMEROY took no part in the consideration or decision of this case.

The former Mr. Justice BARBIERI took no part in the decision of this case.